

FILED

APR 0 6 2018

Clerk, U.S. District Court
District Of Montana
Great Falls

**CYNDEE L. PETERSON**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2d Floor
Missoula, MT 59802
Phone: (406) 542-8851
Fax: (406) 542-1476
E-mail: Cyndee.Peterson@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18- 17 -M- DLC |
| Plaintiff, | INDICTMENT |
| vs. | ILLEGAL REENTRY<br>Title 8 U.S.C. § 1326(a) and (b)(2)<br>(Penalty: 20 years imprisonment, 250,000 fine, and three years supervised release) |
| ROBERTO CRUZ SISNEROS<br>*aka Roberto Cruz Cisneros*, | |
| Defendant. | |

THE GRAND JURY CHARGES:

On or about March 21, 2018, at Hamilton, within Ravalli County, in the State and District of Montana, the defendant, ROBERTO CRUZ SISNEROS, *aka Roberto Cruz Cisneros*, an alien and citizen of Mexico, who had been previously deported and removed from the United States on or about February 9, 1996, and on

1

or about May 27, 1999, was thereafter found in the United States without having received express consent from the Secretary of Homeland Security to reapply for admission to the United States, in violation of 8 U.S.C. § 1326(a) and (b)(2).

A TRUE BILL.  Foreperson signature redacted. Original document filed under seal.

KURT G. ALME
United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons_____
Warrant:_____
Bail:_____
In Federal Custody

2